UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Andrew Hawkins, et al,

          Plaintiff(s),           Case No. 21-11165

v.           Honorable Stephanie Dawkins Davis

Flagstar Bank           Magistrate Judge Anthony P. Patti

          Defendant(s).
          /

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

      This case appears to be a companion case to Case No. 21-10657. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Arthur J. Tarnow and Magistrate Judge David R. Grand.

          s/Stephanie Dawkins Davis
          Stephanie Dawkins Davis
          United States District Judge

          s/Arthur J. Tarnow
          Arthur J. Tarnow
          United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: CIVIL

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: July 6, 2021           s/ S Schoenherr
          Deputy Clerk

cc:     Parties and/or counsel of record
       Honorable Arthur J. Tarnow